| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:21CR00656-1(LGS) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 24cr10140 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Enald Beqiraj | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Lorna G. Schofield, U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: **FROM** November 02, 2023 — **TO** November 01, 2026 |

**OFFENSE**

Wire Fraud, 18 U.S.C. 1343, a Class C Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 30, 2024
*Date*

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

5-13-24
*Effective Date*

*[signature]*
United States District Judge